JENNIE J. MELLIS v. WILLIAM E. RACE, IMPLEADED WITH DERK SNELL.

*Proceedings under void law.*

This case is ruled by *Spry Lumber Co. v. Sault Savings Bank Loan & Trust Co.*, 77 Mich. 199, in which the mechanics' lien law of 1887 was held unconstitutional.

Error to Kent. (Judkins, J., presiding.) Argued October 24, 1889. Decided November 15, 1889.

Proceedings under mechanics' lien law of 1887. Plaintiff brings error. Affirmed. The facts are stated in the opinion.

*Smedley v. Irwin,* for appellant.

*Nathan P. Allen,* for defendant.

CAMPBELL, J. These are proceedings under the mechanics' lien law of 1887, and are brought by a person claiming to have furnished material to a contractor, for the

purpose of holding the land built on for payment. The jury found against the plaintiff on the general merits, and she brings error on rulings.

It has already been held in *John Spry Lumber Co. v. Sault Savings Bank, etc., Co.*, 77 Mich. 199, that the entire law of 1887 is void on constitutional grounds, and that no proceedings can be had under it for any purpose, but that such valid legislation existing previous to the passage of the law remains unchanged by it.

It follows that the judgment below in favor of defendant should be affirmed, with costs.

The other Justices concurred.